IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMMIE SHOCKEY,** | : | **CIVIL ACTION** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **No. 16-6536** |
| | : | |
| **CAROLYN W. COLVIN, <u>ET</u> <u>AL.</u>,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## <u>ORDER</u>

**AND NOW,** this 11th day of October, 2018, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 11), the Commissioner's Response (Doc. No. 12), the Administrative Record (Doc. No. 8), and the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski (Doc. No. 15), to which no objections were filed, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review is **GRANTED**; and

3. The matter is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation.


        **BY THE COURT:**


        **/s/ Mitchell S. Goldberg**

        **MITCHELL S. GOLDBERG, J.**